## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**CLINT A. LORANCE,**

    **Petitioner,**

    v.                      **CASE NO. 18-3297-JWL**

**COMMANDANT,**
**U.S. Disciplinary Barracks,**

    **Respondent.**

### ORDER

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. Petitioner is confined at the United States Disciplinary Barracks in Fort Leavenworth, Kansas. Petitioner has filed a Motion for Discovery (Doc. 23). The Court directs Respondent to respond to the motion by October 9, 2019, and Petitioner to file a reply by October 23, 2019.

**IT IS THEREFORE ORDERED BY THE COURT** that the deadline for Respondent to file a response to Petitioner's Motion for Discovery (Doc. 23) is **October 9, 2019**. Petitioner's reply deadline is **October 23, 2019**.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas, on this 25th day of September, 2019.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      UNITED STATES DISTRICT JUDGE